# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** <br><br> ANDREA SPINI, Individually and as Special Administrator of the Estate of CARLO SPINI, Deceased, and on behalf of his Surviving Children, Marco Spini, Francesco Spini, and Elisabetta Spini, <br><br>      Plaintiff, <br><br>      v. <br><br> THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation, <br><br>      Defendants. | Lead Case No.: 19-cv-02170 <br><br> *This Filing Relates to:* Case No. 19-cv-02971 <br><br> District Judge Jorge L. Alonso <br><br> Magistrate Judge David Weisman |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

The Court having reviewed the parties' joint motion and declaration of Plaintiff's counsel, due notice having been given, and the Court being advised in the premises, the Court finds that:

1. Plaintiff's counsel have adequately considered and represented the interests of Decedent's heirs and wrongful death beneficiaries, who are members of the same family; and,

2. The settlement reached by the parties is fair and reasonable, and in the best interests of all parties, including all heirs and wrongful death beneficiaries of the Decedent;

**THEREFORE, IT IS HEREBY ORDERED:**

1. All claims of Plaintiff, ANDREA SPINI, Individually and as Special Administrator of the Estate of CARLO SPINI, Deceased (the "Decedent"), and on behalf of his Surviving Children, Marco Spini, Francesco Spini and Elisabetta Spini and heirs (and including Plaintiff's claims on behalf of Decedent's Estate, heirs and wrongful death beneficiaries) against all Defendants, originally filed under Case No. 19-cv-02971, and consolidated under Case No. 19-cv-02170 are hereby dismissed in their entirety with prejudice and without costs to any party. This fully resolves Plaintiff's claims for the death of the Decedent;

2. The claims of all other Plaintiffs in the consolidated proceeding under Case No. 19- cv-02170 are unaffected by this order;

3. The settlement on behalf of all heirs and wrongful death beneficiaries together is approved;

4. All claims brought on behalf of the Decedent's heirs and wrongful death beneficiaries, including those of the Estate brought on their behalf, are hereby dismissed in their entirety with prejudice and without costs to any party;

5. The settlement funds shall be initially paid to the Kreindler & Kreindler LLP IOLA trust account for the benefit of the Plaintiff and all heirs and wrongful death beneficiaries. The net proceeds shall then be expeditiously transferred to the heirs and wrongful death beneficiaries as set forth in Plaintiff's counsel's declaration.

ENTERED: May 4, 2021

_____
Hon. Jorge L. Alonso
U.S. District Court Judge